# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 342 WAL 2021

             Respondent       :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

           v.                   :

                             :

BURT PARSONS,                :

                             :

             Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.